STATE of Missouri, Respondent

v.

Ronald E. RICHARDSON, Appellant.

No. WD 74402.

Missouri Court of Appeals,
Western District.

June 25, 2013.

Evan J. Buchheim, Jefferson City, MO, for respondent.

Susan L. Hogan, Kansas City, MO, for appellant.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK, Judge and CYNTHIA L. MARTIN, Judge.

### *ORDER*

PER CURIAM:

Ronald Richardson appeals following his conviction in the Circuit Court of Jackson County of three counts of forcible sodomy, § 566.060; three counts of statutory sodomy in the second degree, § 566.064; one count of sexual abuse, § 566.100; and two counts of robbery in the first degree, § 569.020. After a thorough review of the briefs and the record, we find no error and affirm the judgment. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**